UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM REIGN DIGITAL CREATIVES LIMITED | Case No. 24-mc-80241-LJC<br><br>**ORDER RE: APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C § 1782**<br><br>Re: Dkt. No. 1 |

Petitioner Reign Digital Creatives Limited filed an application for an order pursuant to 28 U.S.C. § 1782 to obtain discovery from Cloudflare, Inc. (Cloudflare) related to a lawsuit brought by Reign against Mathew Edmund Mayer in Thailand. ECF No. 1. Petitioner served Cloudflare with the application on September 24, 2024. ECF No. 5. While Petitioner has consented to the jurisdiction of the Magistrate Judge, the Court cannot decide the application without the consent of all parties. ECF No. 4; *see CPC Pat. Techs. Pty Ltd. v. Apple, Inc.*, 34 F.4th 801, 808 (9th Cir. 2022) (holding that section 1782 applications for discovery are dispositive within the meaning of 28 U.S.C. § 636(b)(1)). Accordingly, Petitioner shall serve this Order on Cloudflare no later than October 8, 2024, and file proof of service. Cloudflare shall file any response to the application no later than October 21, 2024. By the same deadline, Cloudflare shall file the consent or declination form indicating whether it consents to the jurisdiction of the Magistrate Judge in this matter. The form is available at http://cand.uscourts.gov/civilforms. Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.

//

//

If Cloudflare does not consent, the case will be randomly assigned to a District Judge of this Court.

**IT IS SO ORDERED.**

Dated: September 23, 2024

_____
LISA J. CISNEROS
United States Magistrate Judge