1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re Application of<br><br>Reign Digital Creatives Limited,<br><br>            Applicant,<br><br>For an Order Pursuant to 28 U.S.C. §1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings | Case No. 3:24-mc-80241-LJC<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO L.R. 7-11 RE: NON-OPPOSITION TO APPLICATION FOR DISCOVERY AND RESERVATION OF OBJECTIONS |

     Having considered Reign Digital Creatives Limited ("RDCL") and Cloudflare, Inc. ("Cloudflare")'s Joint Motion for Administrative Relief Pursuant to L.R. 7-11 re: Non-Opposition to Application for Discovery and Reservation of Objections (the "Joint Motion for Administrative Relief"),

     IT IS HEREBY ORDERED that:

     A.    The Joint Motion for Administrative Relief is GRANTED in its entirety;

     B.    Cloudflare will not oppose RDCL's Application, including RDCL's proposed Subpoena as submitted [D.E. 1-2];

     C.    RCDL's Application is GRANTED;

     D.    Cloudflare's and RDCL's rights with respect to the Subpoena, once issued, are preserved under the Federal Rules of Civil Procedure, including all appropriate and allowable objections to the Subpoena, as well as the right to move to compel, quash, or modify the Subpoena to the extent necessary;

     E.    RDCL and Cloudflare agree to continue to meet and confer as necessary to limit Court involvement and promote efficient resolution regarding enforcement of the Subpoena.

**IT IS SO ORDERED.**

DATED this _5_ day of ____November____, 2024.

                                                  _____
                                                  United States Magistrate Judge