1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re Application of<br><br>Reign Digital Creatives Limited,<br><br>          Applicant,<br><br>For an Order Pursuant to 28 U.S.C. §1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings | Case No. 3:24-mc-80241-LJC<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO L.R. 7-11 RE: MODIFICATION OF SUBPOENA, RESERVATION OF OBJECTIONS, AND PRESERVATION OF EVIDENCE |

1  Having considered Reign Digital Creatives Limited ("RDCL") and Cloudflare, Inc. ("Cloudflare")'s Joint Motion for Administrative Relief Pursuant to L.R. 7-11 re: Modification of Subpoena and Reservation of Objections (the "Joint Motion for Administrative Relief"),

IT IS HEREBY ORDERED that:

A. The Joint Motion for Administrative Relief is GRANTED in its entirety;

B. RCDL is permitted to issue the Modified Subpoena attached as **Exhibit A** to the Declaration of Leah Rosa Vulić filed at [D.E. 17-1];

C. Cloudflare's and RDCL's rights with respect to the Modified Subpoena, once issued, are preserved under the Federal Rules of Civil Procedure, including all appropriate and allowable objections to the Modified Subpoena, as well as the right to move to compel, quash, or modify the Modified Subpoena to the extent necessary;

D. RDCL and Cloudflare agree to continue to meet and confer as necessary to limit Court involvement and promote efficient resolution regarding enforcement of the Subpoena.

**IT IS SO ORDERED.**

DATED this 12 day of ___March___, 2025.

_____
United States Magistrate Judge